IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>ARMANDO RODRIGUEZ RODRIGUEZ,<br>Defendant. | SUPERSEDING INDICTMENT<br><br>Criminal Num. 10- 066 (CCC)<br><br>CRIMINAL VIOLATIONS:<br>18 U.S.C. Section 2251(a);<br>18 U.S.C. Section 2252(a)(4)(B);<br>18 U.S.C. Section 2253. |

**THE GRAND JURY CHARGES:**

## COUNT ONE

From in or about April, 2007 to in or about August, 2009, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein did employ, use, persuade, induce, entice, or coerce a male minor, that is J.F.H., to engage in sexually explicit conduct, specifically, lascivious exhibition of the genital areas and performing sexual acts, for the purpose of producing a visual depiction of such conduct, that is, still and video images, using a digital camera and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

From in or about June, 2005 to in or about January, 2010, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein did employ, use, persuade, induce, entice, or coerce a male minor, that is J.A.C., to engage in sexually explicit conduct, specifically, lascivious exhibition of the genital areas and performing sexual acts, for the purpose of producing a visual depiction of such conduct, that is, still and video images, using a digital camera and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

From in or about January, 2009 to in or about April, 2009, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein did employ, use, persuade, induce, entice, or coerce a female minor, that is A.R.M., to engage in sexually explicit conduct, specifically, lascivious exhibition of the genital and performing sexual acts, for the purpose of producing a visual depiction of such conduct, that is, still and video images, using a digital camera and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

On or about January 28, 2010, in Bayamon, Puerto Rico, and within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein, knowingly possessed one or more matters which contained visual depictions of a minor engaging in sexually explicit conduct, and such visual depictions had been mailed, shipped and transported using any means or facility of interstate and foreign commerce or in or affecting interstate and foreign commerce, or was produced using materials which had been mailed and so shipped and transported, by any means including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and were of such conduct; that is: Armando Rodriguez Rodriguez, knowingly possessed in his computers and other electronic media images of actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), such as, visual depictions of the lascivious exhibition of the genital areas of minors and simulated or actual sexual acts with minors. All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT FIVE

From in or about June, 2009 to in or about January, 2010, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein did employ, use, persuade, induce, entice, or coerce a male minor, that is A.R.O., to engage in sexually explicit conduct, specifically, lascivious exhibition of the genital areas and performing sexual acts, for the purpose of producing a visual depiction of such conduct, that is, still and video images, using a digital camera and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

From in or about July, 2008 to in or about January, 2010, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**ARMANDO RODRIGUEZ RODRIGUEZ,**

the defendant herein did employ, use, persuade, induce, entice, or coerce a male minor, that is H.M.O., to engage in sexually explicit conduct, specifically, lascivious exhibition of the genital areas and performing sexual acts, for the purpose of producing a visual depiction of such conduct, that is, still and video images, using a digital camera and computer which had been mailed, shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

The allegations of Count One through Six of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of any of the offenses set forth above, **ARMANDO RODRIGUEZ RODRIGUEZ,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession and/or production of child pornography. Such

INDICTMENT
Page 4

property includes, but is not limited to, the following specific items: Black "ZT" Laptop Computer; 2 GB Panasonic SD Card; 4 GB Toshiba SD Card; Kodak Z740 Digital Camera.

In violation of Title 18, United States Code, Section 2253.

TRUE BILL

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

José A. Ruiz
Chief, Criminal Division

Ernesto López Soltero
Deputy Chief, White Collar Division

Jenifer Y. Hernández Vega
Assistant U.S. Attorney