IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ARMANDO RODRIGUEZ-RODRIGUEZ,<br>Defendant. | Criminal No. 10-66(CC) |

**UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S MOTION REQUESTING TO ADJOURN TRIAL**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

On October 8, 2010, defendant filed an *ex-parte* motion to vacate the trial date and motion to continue trial which is scheduled for Thursday, October 14, 2010. While the United States is not privy to the contents of defendant's motion given that it was filed *ex-parte*, the United States does not object to the adjournment of the trial.

**WHEREFORE**, the United States respectfully requests that this Honorable TAKE NOTICE OF THE FOREGOING.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of October, 2010.

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

s/ Dina Avila-Jiménez,
Dina Avila-Jiménez
Assistant U.S. Attorney- U.S.D.C 224202
Torre Chardón, Room 1201
350 Carlos Chardón Street
San Juan, Puerto Rico   00918
Telephone No. (787) 766-5656
Fax: (787) 766-6222

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Dina Avila-Jiménez
Dina Avila-Jiménez - USDC 224202
Assistant United States Attorney