IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **ARMANDO RODRIGUEZ-RODRIGUEZ,** Defendant. | CRIMINAL NO. 10-66 (CCC/FAB) |

### UNITED STATES' INFORMATIVE MOTION REGARDING RESTITUTION

The United States of America (the "United States"), by and through the undersigned attorneys, respectfully files this Informative Motion Regarding Restitution (the "Informative Motion"). In support of this Informative Motion, the United States hereby informs the Court of the following:

1. On March 28, 2013, the Court entered Judgment against the defendant sentencing him to thirty (30) years as to Counts One, Two, Three, Five and Six, which are to be served concurrently with each other, and eight (8) years as to Count Four, which is to be served consecutively to the term of 30 years imposed. The total term of 38 years, moreover, is to be served consecutively to the 15 year sentence imposed by the Commonwealth Court for his conviction(s) for similar conduct.

2. In the Judgment, the Court reserved final judgment for 90 days as to the of restitution, in accordance with Title 18, United States Code, Section 3664(d)(5).

3. As mentioned in the Judgment on page 7 of 8, the 90 days was set to expire on June 24, 2013.

4. The undersigned hereby informs the Court that, as of this date, the United States does not have additional information to provide regarding the issue of restitution.

United States' Informative Motion Regarding Restitution
United States v. Armando Rodríguez-Rodríguez
July 10, 2013

5. Accordingly, there appears to be no reason why the Court should not immediately enter Final Judgment in this case.

6. In accordance with Title 18, United States Code, Section 3664(d)(5), "if the victim[s] subsequently discover[] further losses, [they] shall have 60 days from the discovery of such losses in which to petition the Court for an amended restitution order." The United States further understands that such request "may be granted only upon a showing of good cause for the failure to include such losses in the initial claim for restitutionary relief." Id.

**WHEREFORE**, the United States respectfully requests that the Court take note of the fact that there appears to be no reason why the Court should not immediately enter Final Judgment in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of July, 2013.

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

*s/Marshal D. Morgan*
Marshal D. Morgan
USDC-PR No. 210901
Assistant United States Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico  00918
Tel: (787) 766-5656
Fax: (787) 766-6222
Email: marshal.d.morgan@usdoj.gov

United States' Informative Motion Regarding Restitution
<u>United States</u> v. <u>Armando Rodríguez-Rodríguez</u>
July 10, 2013

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this same date, I electronically filed the foregoing Informative Motion with the Clerk of the Court, using the CM/ECF system, which will send notification to all counsel of record.

             <u>s/Marshal D. Morgan</u>
             Assistant United States Attorney
             USDC-PR No.  210901